UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12138-RWZ

RAYMOND COOK , et al.

v.

MICHAEL T. MALONEY, et al.

ORDER

August 19, 2011

ZOBEL, D.J.

Upon the filing of defendant Jeffrey Beard's Bill of Costs (Docket # 268) and

plaintiff Francis Hannon's Motion for Disallowance of defendant Jeffrey Beard's Bill of

Costs (Docket No. 269), and all other papers and proceedings herein, and for good

cause shown,

IT IS HEREBY ORDERED THAT plaintiff Francis Hannon's Motion for

Disallowance of defendant Jeffrey Beard's Bill of Costs is GRANTED, as a matter of

discretion and because the depositions were not used in support of the motion for

summary judgment.


   August 19, 2011                          /s/Rya W. Zobel

        DATE                             RYA W. ZOBEL
                                  UNITED STATES DISTRICT COURT